UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Rosa.,

                              Plaintiffs,

          -against-

Pathstone Corporation, et al.,.

                             Defendant.

----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-01071-KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled **May 8, 2024 at 12 pm.** The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

(1) a brief summary of claims, defenses, and relevant issues;
(2) the basis of subject matter jurisdiction;
(3) the subjects on which discovery may be needed;
(4) any anticipated discovery disputes or sought-after limitations on discovery;
(5) any plans for electronic discovery and ESI protocols;
(6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
(7) any anticipated motions; and
(8) the prospects and timing for early settlement or resolution.

**SO ORDERED.**

DATED:    White Plains, New York
                April 4, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge