UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Rosa,

                            Plaintiffs,          **ORDER RE STATUS CONFERENCE**

      -against-                                   7:23-cv-1071-KMK-VR

Pathstone Corp.

                          Defendant.

-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **July 18, 2024 at 11:30 AM.** The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and then # to enter the conference. The parties are directed to file a **joint status letter by Wednesday, July 17, 2024,** which explains their respective positions regarding the proposed Conciliation Agreement and Voluntary Compliance Agreement.

      SO ORDERED.

DATED:    White Plains, New York
                  July 10, 2024

                                                                  _____
                                                                  VICTORIA REZNIK
                                                                  United States Magistrate Judge