UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Felicia Rosa,

                        Plaintiff,

               -against-

Pathstone Corp., et al.,

                       Defendants.
-----------------------------------------------------------------X

7:23-cv-1071

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/2024

**VICTORIA REZNIK, United States Magistrate Judge:**

      On August 16, 2024, the Court directed the parties to submit a joint letter to the Court by no later than September 6, 2024, updating the Court on the status of the stipulation of discontinuance and the Plaintiff's Section 8 voucher. (ECF No. 75). The Court has not yet received this letter. The parties are reminded to submit a status letter, which is now due by **September 13, 2024**.

      **SO ORDERED.**

DATED:    White Plains, New York
                 09/09/24

_____
VICTORIA REZNIK
United States Magistrate Judge

1