USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**Rosa**,

                                    Plaintiffs,

           -against-

**Pathstone Corp.**,

                                  Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-1071-KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **September 26, 2024 at 10:30 am.**  The parties are to dial in to the ATT conference line at 877-336-1839, enter access code **5999739**  and then # to enter the conference.

      **SO ORDERED.**

DATED:   White Plains, New York
               September 18, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge